U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2008 SEP -5 PM 4:00

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. |
| | ) |
| LANCE LABIER, | ) 2:08-CR-109-1 |
| Defendant | ) |

## INFORMATION

The United States Attorney charges:

On or about February 9, 2008, in the District of Vermont, LANCE LABIER, the defendant, did knowingly possess one or more matters, which contained any visual depiction that had been mailed, shipped and transported in interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, or transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and which visual depiction was of such conduct.

(18 U.S.C. § 2252(a)(4)(B))

\_\_\_\_\_Thomas P. Anderson\_\_\_\_\_ (BAM)
THOMAS D. ANDERSON
United States Attorney

Burlington, Vermont
September 5, 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) |
| v. | ) Criminal No. <br> ) |
| LANCE LABIER | ) |

### CERTIFICATE OF SERVICE

I, Stacie Brosky, do hereby certify that I have served a copy of the foregoing **INFORMATION AND PLEA AGREEMENT** on the Defendant by mailing a copy to Defendant's counsel:

Jason Sawyer, Esq.
Blodgett, Watts, Volk & Sawyer, P.C.
72 Hungerford Terrace
P.O. Box 8
Burlington, VT 05402-0008

DATED and SIGNED at Burlington, Vermont on this 5th day of September, 2008.

Stacie Brosky
Legal Assistant